UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE Y. DALTON,

    Plaintiff,

v.                                                Case No. 09-12061
                                                   Hon. Patrick J. Duggan
COMMISSIONER OF                   Mag. Judge Michael J. Hluchaniuk
SOCIAL SECURITY,

    Defendant.
_____/

**JUDGMENT**

On March 25, 2013, the Court entered an order on the parties' joint stipulation to remand.

Accordingly, the Commissioners decision is reversed with remand to the agency for furtheer evaluation pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                              s/Patrick J. Duggan
                                              Patrick J. Duggan
                                              United States District Judge

Dated:  April 9, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2013, by electronic and/or ordinary mail.

                                              s/Marilyn Orem
                                              Case Manager